THE MORTNER LAW OFFICES
40 Wall Street, 28th Floor
New York, NY 10005
Tel. 646-820-8770
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MITCHELL BERK, JEROLD BLATT, MICHELE S. BLATT, MITCHELL BLATT, NAT BLATT, MINDY CHERMAK, SUSAN GREENBAUM, ALEX KANNER, JOSEPH KANNER, WILLIAM LOCANTRO, THELMA MORRIS, JOSEPH NICOLICH, VINA NICOLICH, ANDREW QUENTZEL, NORMAN RICH, JOAN SAVASTA, RANDY SCHLEGER, DAVID SCILLIERI, ESQ., MARIE C. SELSER, ROBERT C. SELSER, ESQ., RONALD SPAULDING, AND JOHN AND JANE DOES,<br><br>      Plaintiffs,<br><br>HMC INTERNATIONAL, LLC, ROBERT M. MASSIMI, BRET A. GREBOW, JAIME L. MASSIMI f/k/a JAIME ELLIOTT, JAMIE S. MASSIMI, GREGORY MASSIMI, RICHARD MASSIMI, FREDERICK MASSIMI, AMELIA MASSIMI, ROBERT GREBOW, BRUNO DIBELLO & CO, LLC, ESSEX-MORGAN LLC, SCHONFELD SECURITIES, LLC F/K/A BROADWAY TRADING AND JOHN DOES 1-10,<br><br>      Defendants. | DOCKET NO. 07-0181-JLL |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1(A)(i) AS TO CLAIMS AGAINST DEFAULTING DEFENDANTS

Pursuant to FRCP (a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs herein

and or their counsel, hereby give notice that the above-captioned action is voluntary dismissed

as to the following defaulting defendants:  BRET A. GREBOW, FREDERICK MASSIMI, and ROBERT GREBOW, without prejudice against the said defendants.

DATED: FEBRUARY 12, 2013

THE MORTNER LAW OFFICE, P.C.

BY: _____
    MOSHE MORTNER
    COUNSEL FOR PLAINTIFFS